Randolph T. Moore (#120041)
rmoore@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000

James J. Yukevich (#159896)
jyukevich@yukelaw.com
Thomas Borncamp (#186730)
tborncamp@yukelaw.com
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 362-7777

Attorneys for Defendant Sperian Fall Protection, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BURNS,<br><br>    Plaintiff,<br><br>vs.<br><br>MILLER FALL PROTECTION, SPERIAN PROTECTION USA., AND DOES 1 TO 50,<br><br>    Defendants. | CASE NO. CV 09-0165 DMG (RZx)<br><br>Honorable Dolly M. Gee<br>Magistrate Judge Ralph Zarefsky<br><br>**JOINT STATUS REPORT RE SETTLEMENT**<br><br>Complaint Filed: December 3, 2008<br><br>Trial Date: May 31, 2011 |

The parties, through their respective counsel of record, submit the following Joint Status Report re Settlement in accordance with Local Rule 16 and the Court's Amended Scheduling Order:

The parties have reached a settlement of all claims that are a part of this federal case. Plaintiff and Defendant PenSafe have already completed their settlement documents. Plaintiffs, Defendant Sperian, and the Plaintiff-in-

Intervention Seabright are finalizing their settlement documents and expect to have their final settlement documents completed in the near future. As soon as these documents are completed and payment is made pursuant thereto, dismissals with prejudice will be filed by Plaintiff Burns and Plaintiff-in-Intervention Seabright.

Dated: April 25, 2011            **PANISH, SHEA & BOYLE LLP**

By:   //s//  Kevin R. Boyle
      Kevin R. Boyle
      Attorney for Plaintiff Matthew Burns

AND,

**LAW OFFICE OF JOHN B. RICHARDS**

By:   //s//  John B. Richards
      John B. Richards
      Attorney for Plaintiff Matthew Burns

Dated: April 25, 2011            **ENGLAND PONTICELLO & ST.CLAIR**

By:   //s//  Barry W. Ponticello
      Barry W. Ponticello
      Attorneys for Plaintiff in Intervention,
      SeaBright Insurance Company

Dated: April 25, 2011            **HAIGHT, BROWN & BONESTEEL L.L.P.**

By:   //s//  William G. Baumgaertner
      William G. Baumgaertner
      Attorneys for Defendant, PenSafe, Inc.

| | |
|---|---|
| Dated: April 25, 2011 | **YUKEVICH, CALFO, & CAVANAUGH** |

        By: <u>//s// Thomas Borncamp</u>
            Thomas Borncamp
            Attorneys for Sperian Fall Protection, Inc.

AND,

**SNELL & WILMER L.L.P.**

        By: <u>//s// Randolph T. Moore</u>
            Randolph T. Moore
            Attorneys for Sperian Fall Protection, Inc.